# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| YADI MARK | ) |
| | ) Case No. 16-cv-538 |
| | ) |
| v. | ) JUDGE KURT D. ENGELHARDT |
| | ) |
| MANDINA'S INC., d/b/a MANDINA'S, RESTAURANT; and JOHN H. BAGLEY | ) MAG. JUDGE DANIEL E. KNOWLES, III |

## ORDER

Considering the CONSENT MOTION TO DISMISS ACTION WITH PREJUDICE submitted by Yadi Mark, Plaintiff, through her undersigned counsel, and the representations contained therein regarding the settlement of this matter and the consent by defendants to the entry of this Order:

**IT IS ORDERED THAT:**

1. The claims and demands asserted by Yadi Mark, Plaintiff, against defendants are hereby dismissed with prejudice, with each party to bear its own costs.

2. This matter shall be closed for administrative purposes by the Clerk of Court.

This __2nd__ day of ____May____, 2016, New Orleans, Louisiana.

_____
JUDGE